*1# 3012    # 127849*

# DIVIDENDS REMITTED TO THE COURT
Check Number 3012 Dated 08/27/09
Case Number 08-31092 - RUNKLE, CHRISTOPHER J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000008 | 102.68 | 3.72 |
| Vascular and Endovascular Surgeons<br>RBC Inc<br>PO Box 1548<br>Mansfield OH 44901 | 000010 | 35.94 | 1.31 |
| ---------- Remittance Total --------------- | | 138.62 | 5.03 |

*signature*
DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2009 SEP -1 AM 10:33
U.S. BANKRUPTCY COURT
TOLEDO, OHIO